UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MORTEZA SHAFINURY, | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:19-CV-00038 |
| | § | |
| AMRISC, LLC, ET AL., | § | |
| *Defendant* | § | |
| | § | |

## MEDIATOR'S REPORT PURSUANT TO LOCAL RULE 16.4.K(2)

A mediation session was conducted in Houston, Texas on April 18, 2019 and with subsequent follow-up. Paul J. Van Osselaer ("Mediator") served as mediator. Pursuant to Local Rule 16.4.K(2), the Mediator reports as follows:

1. **Type of Case**:           Insurance Coverage

2. **ADR Method Used:**        Mediation

3. **Result:**                 The case settled.

4. **Fees and expenses paid to ADR Provider:**  $7,200, including expenses, divided equally among the three mediation parties.

5. **Attendees:** The following counsel and party representatives attended:

    a. **For Plaintiff**
    Counsel:
        Andrew Slania
        RAIZNER SLANIA LLP
    Party Representative:
        Morteza Shafinury

b. **For Defendant AmRisc, LLC**
   <u>Counsel:</u>
   Scott Shanes
   CLARK HILL STRASBURGER LLP
   <u>Party Representative:</u>
   via phone (with permission)

c. **For Defendant Certain Underwriters**
   <u>Counsel:</u>
   W. Montgomery Briscoe
   EGGLESTON & BRISCOE LLP
   <u>Party Representative:</u>
   Vicki Burns

Dated: May 9, 2019.

Respectfully submitted,

_____
Paul J. Van Osselaer
**VAN OSSELAER DISPUTE RESOLUTION,   PLLC**
2305 Cheswick Court
Austin, TX 78746
(512) 593-5104
Paul@VanOsselaerADR.com
**ADR PROVIDER (PRID 1441)**

### CERTIFICATE OF SERVICE

I certify that on May 9, 2019 I electronically submitted the forgoing document to the Clerk of the Court, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service by electronic means.

_____
Paul J. Van Osselaer